MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ21-322 |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| ELVIN HUNTER BGORN WILLIAMS, | ) | OF COUNSEL |
| Defendant. | ) | |

NOTICE IS GIVEN that Mohammad Ali Hamoudi appears as counsel for Elvin Williams. It is requested that notice of all filings be served upon the undersigned.

DATED this 2nd day of June, 2021.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Elvin Williams
Office of the Federal Public Defender

NOTICE OF APPEARANCE
(*Elvin Williams;* MJ21-322) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100