Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN HUNTER BGORN WILLIAMS,<br><br>Defendant. | NO.  MJ21-322BAT<br><br>GOVERNMENT'S NOTICE OF<br>APPEARANCE OF COUNSEL |

The United States of America, by and through John C. Demers, Assistant Attorney General for the National Security Division of the United States Department of Justice, and D. Andrew Sigler, Trial Attorney for said Division, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

//
//
//

NOTICE OF APPEARANCE
*United States v. Elvin Williams /* MJ21-322BAT - 1

Trial Attorney D. Andrew Sigler is now co-counsel on behalf of the United States and respectfully requests that all pleadings, court documents, and correspondence be sent to the attention of the undersigned at the address noted below:

> D. ANDREW SIGLER
> Counterterrorism Section
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, DC 20530

DATED this 9th day of June, 2021.

> Respectfully submitted,
>
> JOHN C. DEMERS
> Assistant Attorney General
>
> *s/ D. Andrew Sigler*
> D. ANDREW SIGLER
> Trial Attorney
> Counterterrorism Section
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, DC 20530
> Email: Andrew.Sigler@usdoj.gov
> Phone: 202-514-0849

NOTICE OF APPEARANCE
*United States v. Elvin Williams* / MJ21-322BAT - 2