

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*700 Stewart Street, Suite 5220*   *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*   *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

June 11, 2021

**VIA ECF**
Corey Endo
Attorney at Law

       Re:    *United States v. Elvin Hunter Bgorn Williams*
            No. CR21-099 JCC, USDC, W.D. Washington

Dear Counselor:

Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

| | |
|---|---|
| Date: | Thursday, June 17, 2021 |
| Time: | 9:00 a.m. |
| Before: | Brian A. Tsuchida, United States Magistrate Judge |
| Place: | United States Courthouse, Room 12B |
| | 700 Stewart Street, 12th Floor, Seattle, WA 98101 |

It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court. The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

Very truly yours,

TESSA M. GORMAN
Acting United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney