FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAR 14 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN HUNTER BGORN WILLIAMS,<br><br>Defendant. | NO.  CR21-099 JCC<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//

//

//

CONSENT TO RULE 11 PLEA - 1

District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 14th day of March, 2022.

ELVIN HUNTER BGORN WILLIAMS
Defendant

COREY ENDO
Attorney for Defendant

MO HAMOUDI
Attorney for Defendant

APPROVED:

TODD GREENBERG
Assistant United States Attorney

CONSENT TO RULE 11 PLEA - 2