# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN HUNTER BGORN WILLIAMS,<br><br>Defendant. | NO.  CR21-099 JCC<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c), hereby accepts the plea of guilty of the Defendant to Count 1 contained in the Indictment, and the Defendant is adjudged guilty of such offense.  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 30th day of _____ March _____, 2022.

_____
JOHN C. COUGHENOUR
United States District Judge

ACCEPTANCE OF PLEA OF GUILTY - 1