THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-099-JCC |
| Plaintiff, | ) | |
| v. | ) | **MR. WILLIAMS'S NOTICE OF INTENT TO PRESENT AN IMPERFECT ENTRAPMENT DEFENSE UNDER 18 U.S.C. § 3553** |
| ELVIN WILLIAMS, | ) | |
| Defendant. | ) | |

Elvin Williams, through counsel files this Notice of Intent to Present an Imperfect Entrapment Defense under 18 U.S.C. § 3553, at his sentencing currently scheduled for November 29, 2022, at 9:00 a.m.

DATED: August 11, 2022

Respectfully submitted,

/s/ *Corey Endo*
Corey Endo

/s/ *Mohammad Ali Hamoudi*
Mohammad Ali Hamoudi

Attorneys for Elvin Williams

NOTICE OF INTENT TO PRESENT AN
IMPERFECT ENTRAPMENT DEFENSE
(*U.S. v. Elvin Williams*, CR21-099-JCC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**