### United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter:   Nancy Bauer                    Judicial Officer:   John C. Coughenour

Case No.  CR21-099 JCC                    Case Name:  U.S. v. Elvin Hunter Bgorn Williams

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 11/29/2022 | Sentencing Hearing | |
| | | |
| | | |
| | | |

For Appeal? [✓] No  [ ] Yes        Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | **Requested Delivery Date*** |
| [✓] Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | |
| [ ] 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | |
| [ ] Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.** |
| [ ] 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| [ ] Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| [ ] Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |
| [ ] Realtime Transcript | $3.05 | ------- | ------- | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript: Salee.Porter@usdoj.gov

Additional Comments:

| **Contact Information** | | | |
|---|---|---|---|
| Name: | Salee Porter | | |
| Phone: | 206-553-4345 | Email: | Salee.Porter@usdoj.gov |
| Firm: | U.S. Attorney's Office | | |
| Street Address: | 700 Stewart Street, Suite 5220 | | |
| City/State/Zip: | Seattle, WA  98101 | | |
| Billing Reference # (if applicable): | CI23-047 | | |

*Salee Porter*                                        11/30/2022

**Signature**                                        **Date**

| PRINT | SAVE AS | RESET |
|---|---|---|