THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

ELVIN HUNTER BGORN WILLIAMS,

                    Defendant.

CASE NO. CR21-0099-JCC

MINUTE ORDER

This matter comes before the Court on Defendant's unopposed Motion to Seal Exhibit 5, filed with his sentencing memorandum (Dkt. No. 35).

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

The Court has reviewed the Defendant's sentencing memorandum (Dkt. No. 36) and attached exhibit (Dkt. No. 38) and concludes keeping the exhibit under seal serves a compelling

MINUTE ORDER
CR21-0099-JCC
PAGE - 1

interest which is likely to be harmed if it is not sealed, and no less restrictive alternatives would protect the interest. Accordingly, the Court finds good cause and the motion to seal (Dkt. No. 35) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 38 under seal.

DATED this 6th day of December 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR21-0099-JCC
PAGE - 2