AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
## for
## Western District of Washington

United States of America

v.

**Elvin Williams**

*Defendant*

Case No. **2:21CR00099JCC**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **Elvin Williams**                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition    ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows: Termination from the residential reentry center program and possession of an unauthorized device.

Date:   02/15/2026

*Issuing officer's signature*

City / State / Time:   Tacoma, WA,  3:00PM

Theresa L. Fricke, United States Magistrate Judge

*Printed name and title*

---

### Return

This warrant was received on *(date)* 02/15/26, and the person was arrested on *(date)* 02/18/26
at *(city and state)* Seattle, WA.

Date: 2/18/26

*Arresting officer's signature*

Black   DUSM

*Printed name and title*