

**United States Probation and Pretrial Services**
*Western District of Washington*

| | |
|---|---|
| **Monique D. Neal** | **Brenda L. Amundson** |
| *Chief* | *Deputy Chief* |

# MEMORANDUM

Date:      March 9, 2026

To:        The Honorable John C. Coughenour, United States District Judge

From:      Darcell Prescott
           Senior United States Probation Officer

Subject:   Elvin Williams
           Case Number: 2:21CR00099JCC
                        2:25CR00253JCC

           **STATUS REPORT AND REQUEST TO STRIKE HEARING**

**STATUS**:
An after-hours warrant was issued for the arrest of Elvin Williams by Chief United States Magistrate Judge Theresa L. Fricke, on February 15, 2026. Mr. Williams was in possession of an unauthorized device and subsequently terminated from the residential reentry center program as a result of his refusal to surrender the device.

Mr. Williams was arrested on the warrant on February 18, 2026, and made an initial appearance before The Honorable Brian A Tsuchida, United States Magistrate Judge. He denied the allegations and was released on bond with the special condition he reside at the residential reentry center (RRC).

An evidentiary/disposition hearing is currently scheduled for March 17, 2026, at 9:00 a.m. before Your Honor.

**ADJUSTMENT AND EVALUATION**:
Mr. Williams returned to the RRC following his release on bond on February 18, 2026. He has since obtained an apartment with a roommate, maintains employment, and is working on obtaining a mental health treatment assessment. Additionally, he purchased a cellphone he is keeping in the sealed box until monitoring software is installed. Currently, Mr. Williams contacts me through his roommate and has followed my directives thus far. He struggles with asking for assistance and lacks some general life skills. I continue to encourage him to contact me and ask for my assistance rather than not complying because he doesn't know how to complete the task. This is something his future mental health provider can assist with as well.

The Honorable John C. Coughenour, United States District Judge

Page 2

RE: Elvin Williams, 2:21CR00099JCC and 2:25CR00253JCC

March 9, 2026

**RECOMMENDATION**:

As Mr. Williams is working towards overall stability and makes himself available for supervision, I recommend striking the upcoming hearing and taking no further action. I consulted Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 9th day of March, 2026.

BY:

Darcell Prescott
Senior United States Probation Officer

Analiese D. Johnson
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Strike the hearing and take no further action
☐ Parties are directed to appear for the hearing currently scheduled for March 17, 2026
☐ Other

Signature of Judicial Officer

March 11, 2026

Date